# Bureau of Indian Affairs

## Briefing Report

Date: 07-11-2022

**Title:  BIA Office of Justice Services Weekly Briefing Report**

**BIA Agency:**  BIA Northern Cheyenne Agency

**Week of:**  Sunday – Saturday, July 03, 2022 to July 09, 2022

**Background:**  The BIA OJS Field Operations Division provides a weekly Public Safety briefing to Tribal Leadership to enhance communication, develop partnerships, and develop crime prevention strategies to address crime, fear of crime, and quality of life issues.

**Details:**

1.  BIA Uniform Police Personnel (20) –
    1 Chief of Police
    - Vacant Being Actively Recruited

    2 Supervisory Police Officers
    - Filled and Currently Working

    16 Police Officers
    - 9 Filled
    - 7 pending advertisements

    1 School Resource Officer
    - Filled and Currently Working

2.  Tribal Uniform Police Personnel (If Applicable) – MOA in place – Tribe is providing No Personnel

    Number of Calls for Service – 105

| | |
|---|---|
| Animals And Wildlife (Non-Resource) [999] | 1 |
| Assist Other Department [999] | 5 |
| Assist to Citizen [999] | 11 |
| Community Policing [999] | 2 |
| Crash Investigation | 2 |
| Criminal Arrest Warrant [999] | 2 |
| Extra Patrol [999] | 14 |
| Investigations: Drug Intelligence [999] | 1 |
| Investigations: Follow-Up [999] | 2 |
| Law Enforcement | 20 |

| | |
|---|---|
| Law Enforcement Serious Incident Report [999] | 1 |
| Moving, Parking, Equipment, Registration or Licensing Violation | 5 |
| Patrol Log Entry | 1 |
| Property - Found [999] | 1 |
| Security Check [999] | 11 |
| Suicide [90Z] | 1 |
| Suspicious Occurrence [99Z] | 10 |
| Suspicious Persons [99Z] | 7 |
| Suspicious Vehicle [99Z] | 4 |
| Unspecified Incident [999] | 2 |
| Welfare Check [999] | 2 |
| **Grand Total** | **105** |

Number of Arrests – 11 (*** Breakdown Type of Arrest by Criminal Charge)

Arrestee 1
| | |
|---|---|
| Intoxication | 1 |

Arrestee 2
| | |
|---|---|
| Drug Abuse-Marijuana | 1 |
| Intoxication | 1 |

Arrestee 3
| | |
|---|---|
| Intoxication | 1 |

Arrestee 4
| | |
|---|---|
| Intoxication | 1 |

Arrestee 5
| | |
|---|---|
| Drug Abuse-Meth | 1 |
| Domestic Abuse | 1 |

Arrestee 6
| | |
|---|---|
| DUI | 1 |

<u>Arrestee 7</u>
Intoxication                                                    1

<u>Arrestee 8</u>
Child Endangerment                                  3
Domestic Abuse                                        1

<u>Arrestee 9</u>
Child Endangerment                                  3
Intoxication                                                    1

<u>Arrestee 10</u>
Intoxication                                                    1

<u>Arrestee 11</u>
Domestic Abuse                                        1
Intoxication                                                    1

<u>Arrestee 12</u>
Intoxication                                                    1

<u>Arrestee 13</u>
Drug Abuse-Meth                                      1
Intoxication                                                    1

<u>Arrestee 14</u>
Intoxication                                                    1

<u>Arrestee 15</u>
Intoxication                                                    1

<u>Arrestee 16</u>
Intoxication                                                    1

<u>Arrestee 17</u>
Intoxication                                                    1

<u>Arrestee 18</u>
Intoxication                                                    1

<u>Arrestee 19</u>
Intoxication                                                    1

<u>Arrestee 20</u>
Intoxication                                                          1


3.  Number of Citations – 0

4.  Number of cases referred to Northern Cheyenne Investigative Services – 3

<u>Case 1</u>
Sexual Assault                                                       1

<u>Case 2</u>
Motor Vehicle Accident                                          1

<u>Case 3</u>
Sexual Assault                                                       1


BIA OJS Supervisor (Signature):    _____

                                              Name of Supervisor