IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE NORTHERN CHEYENNE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; the UNITED STATES DEPARTMENT OF THE INTERIOR; the BUREAU OF INDIAN AFFAIRS; DEBRA HAALAND, in her official capacity as Secretary of the Interior; BRYAN NEWLAND, in his official capacity as Assistant Secretary of the Interior-Indian Affairs; and RICHARD MELVILLE, in his official capacity as Director, Bureau of Indian Affairs-Office of Justice Services,<br><br>Defendants. | No. CV 22-75-BLG-SPW-TJC<br><br>**JOINT STATEMENT OF SITPULATED FACTS** |

Pursuant to Local Rule 16.2 (b)(3), the parties have agreed to the following Statement of Stipulated Facts.

1. Plaintiff, the Northern Cheyenne Tribe (the "Tribe"), is a federally recognized Indian tribe organized pursuant to Section 16 of the Indian Reorganization Act of 1934, 48 Stat. 987 (codified at 25 U.S.C. § 5123).

2. The Tribe has approximately 11,521 members.

1

3. The Tribe governs and occupies the Northern Cheyenne Reservation (the "Reservation") in present day southeastern Montana. The Reservation lies within Big Horn and Rosebud Counties.

4. The Reservation is approximately 444,000 acres in size with 99% tribal ownership.

5. Approximately 5,000 Tribal members reside on the Reservation.

6. There are several federal and state highways that cross the Reservation including U.S. Highway 212, Montana Highway 39, and Montana Highway 314.

7. Defendant United States Department of the Interior ("DOI") is an executive department of the United States and Defendant Bureau of Indian Affairs ("BIA") is a "subsidiary" agency within DOI.

8. As a subsidiary bureau of DOI, Defendant Bureau of Indian Affairs ("BIA") is responsible for administering Federal Indian policy.

9. Defendant Debra Haaland, or her successor, is the Secretary of the Department of the Interior of the United States of America (the "Secretary").

10. Defendant Bryan Newland, or his successor, is the Assistant Secretary of Indian Affairs of the Department of Interior of the United States of America, Bureau of Indian Affairs, (the "Assistant Secretary").

11. The Assistant Secretary discharges the duties of the Secretary with the authority and direct responsibility to strengthen the government-to-government relationship with Indian tribes; advocate policies that support tribal self-determination and tribal sovereignty; protect and preserve trust assets held by the Federal Government for Tribes' benefit; and administer a wide array of laws, regulations, and functions relating to American Indian tribes and Alaska Natives, individual American Indian and Alaska Native trust beneficiaries, tribal members, and Indian Affairs bureaus, offices, and programs that are vested in the Secretary by the President and the Congress of the United States.

12. Defendant Richard Melville, or his successor, is the Office of Justice Services Deputy Bureau Director and the highest-level BIA official with exclusive oversight of BIA law enforcement responsibilities.

13. Law enforcement on the Reservation involves state, federal, and Tribal authority.

14. Currently, BIA-OJS funds four field programs through which it provides law enforcement services on the Reservation: uniformed patrol, criminal investigations, dispatch/telecommunications, and corrections.

15. All uniformed patrol officers on the Reservation are currently funded, employed, and managed by BIA-OJS.

16. BIA-OJS uniformed patrol officers enforce federal law and the Tribe's Law and Order Code on the Reservation.

17. BIA-OJS uniformed patrol officers are responsible for responding to calls for service within the Reservation.

18. BIA-OJS currently administers the uniformed patrol, dispatch/telecommunications, and corrections programs on the Reservation on a direct-service basis.

Dated this 19th day of October, 2023.

Respectfully submitted,

/s/ Brian W. Chestnut
Brian W. Chestnut, WA Bar #23453 (*pro hac vice*)
Beth Baldwin, WA Bar #46018 (*pro hac vice*)
Anna E. Brady, Montana Bar #66826441
Liliana Elliott, AZ Bar #038284 (*pro hac vice*)

ZIONTZ CHESTNUT
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Tel. (206) 448-1230
Fax (206) 448-0962
bchestnut@ziontzchestnut.com
bbaldwin@ziontzchestnut.com
abrady@ziontzchestnut.com
lelliott@ziontzchestnut.com

*Attorneys for Plaintiff*

JESSE A. LASLOVICH
United States Attorney

/s/ Randy J. Tanner (with permission)
RANDY J. TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 329-4268
FAX: (406) 542-1476
randy.tanner@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
Mark.Smith3@usdoj.gov

*Attorneys for Federal Defendants*

5

# CERTIFICATE OF SERVICE

I certify that on October 19, 2023, I served a copy of the foregoing upon the parties as follows:

| | |
|---|---|
| RANDY J. TANNER<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>P.O. Box 8329<br>Missoula, MT 59807<br>101 E Front Street, Suite 401<br>Missoula, MT 59802<br>Phone: (406) 329-4268<br>FAX: (406) 542-1476<br>Email: randy.tanner@usdoj.gov | Via:<br><br>[X] CM/ECF<br>[ ] U.S. First Class Mail<br>[ ] Email<br>[ ] Fax |
| MARK STEGER SMITH<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>2601 Second Avenue North, Suite 3200<br>Billings, MT 59101<br>Phone: (406) 247-4667<br>Fax: (406) 657-6058<br>Email: Mark.Smith3@usdoj.gov<br><br>*Attorney for Defendants* | Via:<br><br>[X] CM/ECF<br>[ ] U.S. First Class Mail<br>[ ] Email<br>[ ] Fax |

Dated this 19th day of October 2023.

s/ Laura Bartholet<br>Laura Bartholet, Paralegal/Legal Assistant